UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COACH SERVICES, INC.,

                Plaintiff,

    - against -

KYA INT'L, et al.,

                Defendants
------------------------------------------------------------x

09 Civ. 4656 (RMB)

**ORDER**

      Based upon Defendant's letter, dated September 3, 2009, indicating that the parties "have settled," it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before October 3, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
       September 8, 2009

                                              Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/09